SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No.**2:11-cv-00375-JAM-CKD** |
| Plaintiff, | ) **ORDER RE: STIPULATED DISMISSAL** |
| vs. | ) |
| George P. Perkins, | ) |
| Defendant | ) |
|  | ) |

    IT IS HEREBY ORDERED THAT this action be and is hereby
dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:  11/18/2011

                    /s/ John A. Mendez_____
                    U. S. District Court Judge

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-00375-JAM-CKD- 1

PDF created with pdfFactory trial version www.pdffactory.com