SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>          Plaintiff,<br><br>     vs.<br><br>George P. Perkins,<br><br>          Defendant | Case No. **2:11-cv-00375-JAM-CKD**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:   11/18/2011

                         /s/ John A. Mendez_____
                         U. S. District Court Judge

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-00375-JAM-CKD- 1

PDF created with pdfFactory trial version www.pdffactory.com